[This opinion has been published in *Ohio Official Reports* at 89 Ohio St.3d 520.]

THE STATE EX REL. BLACKSON *v.* OHIO ADULT PAROLE AUTHORITY ET AL.

[Cite as *State ex rel. Blackson v. Ohio Adult Parole Auth.*, 2000-Ohio-238.]

*Complaint for writ of prohibition dismissed on authority of Woods v. Telb and because petitioner has or had an adequate remedy by the filing of a motion for leave to file a delayed appeal.*

(No. 00-213—Submitted July 25, 2000—Decided August 3, 2000.)

IN PROHIBITION.

_____

*Nelson R. Blackson, pro se.*

*Betty D. Montgomery*, Attorney General, and *Todd R. Marti*, Assistant Attorney General, for respondents.

_____

{¶ 1} The complaint for a writ of prohibition is dismissed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103, and because petitioner has or had an adequate remedy by the filing of a motion for leave to file a delayed appeal. See *State ex rel. Keenan v. Calabrese* (1994), 69 Ohio St.3d 176, 177-179, 631 N.E.2d 119, 121-122.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____